# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 169 MM 2020 |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| HAROLD EDWIN LEPHART, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of February, 2021, the Application for Leave to File Original Process is GRANTED, and the "Petition for Writ of Habeas Corpus *ad Subjiciendum*" and the "Notice to the Court/Motion to Compel" are DENIED.